## SOUTH COUNTY SAND & GRAVEL CO.

v.

## TOWN OF CHARLESTOWN et al.

### No. 80–151–A.

Supreme Court of Rhode Island.

April 17, 1980.

S. Thomas Cotroneo, Johnston, for plaintiff.

John P. Toscano, Jr., Town Sol., Charlestown, for defendants.

### ORDER

The motion of the defendant Town of Charlestown for stay or injunction pending appeal, as prayed, is denied.

## STATE

v.

## Antonio BRACERO.

### No. 79–99–C.A.

Supreme Court of Rhode Island.

April 17, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Atty. Gen., Chief Appellate Div., for plaintiff.

Richard A. Ciccone, Providence, for defendant.

### ORDER

The defendant's motion for special assignment of this case to the May, 1980 calendar is denied. This case is assigned to the October, 1980 calendar for oral argument. The defendant's motion that we reconsider our previous refusal to grant him bail pending appeal is denied.

## STATE

v.

## Andrew A. BUCCI.

### No. 80–5–M.P.

Supreme Court of Rhode Island.

April 17, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., Chief, Appellate Division, for plaintiff.

Aram K. Berberian, Warwick, for defendant.

### ORDER

The defendant's motion for leave to substitute surety is denied.